United States District Court
For the District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YASMIL MINAYA | HON. MADELINE COX ARLEO<br><br>Dkt. No. 17-cr-359<br><br>**MEMORANDUM & ORDER** |

THIS MATTER comes before the Court on the *pro se* motion of defendant Yasmil Minaya ("Defendant") seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (the "Motion"). (DE 185). By his Motion, Defendant seeks immediate release or a reduction of his sentence on the basis that that there are extraordinary and compelling reasons for the Court to release him due to the risk of contracting COVID-19 and his health conditions. (DE 185). The United States, by John Giordano, United States Attorney for the District of New Jersey (Blake Coppotelli, Assistant U.S. Attorney, appearing) opposes Defendant's motion arguing that Defendant failed to exhaust his administrative remedies as required under 18 U.S.C. § 3582(c)(1)(A); unsuccessfully motioned the court two previous times based on similar claims; was administered the COVID-19 vaccine multiple times; contracted covid and successfully recovered multiple times; and, does not present an extraordinary and compelling circumstance permitting relief. (DE 186). Additionally, the United States argues that Defendant's poses a significant danger that the to the community, has substantial time remaining on his sentence, and other 18 U.S.C. § 3553(a) considerations warranting denial of Defendant's motion. (DE 186).

IT IS THEREFORE, on this 19TH day of March, 2025,

SO ORDERED that, as with his second compassionate release motion, Defendant's current motion (his third) for compassionate release pursuant to the First Step Act is DENIED for failure to exhaust administrative remedies pursuant to 18 U.S.C. § 3582(c)(1)(A), and it is further

SO ORDERED that any requests by the defendant for further relief pursuant to 18 U.S.C. § 3582(c)(1)(A), including but not limited to immediate release or a reduction of his sentence, shall first be made to the Bureau of Prisons.

_____
Honorable Madeline Cox Arleo
United States District Judge

3-19-25